FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MAY 0 2 2016   AM 9: 36

CLERK OF DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| JORGE SALINAS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:15-CV-1044-SS |
| | § | |
| v. | § | |
| | § | |
| BRENT STROMAN, MANUEL | § | |
| CHAVEZ, ABELINO "ABEL" | § | |
| REYNA and JOHN DOE | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants Stroman and Chavez's Motion to Stay Proceedings (Doc. 15). The Court finds that Plaintiff's motion should be, and is hereby, **GRANTED.**

Therefore, the Court hereby grants Plaintiff an extension, until May 12, 2016, to file Plaintiff's Response to Defendants' Motion to Stay Proceedings.

SO ORDERED.

Signed this 2nd day of May , 2016.

_____
SAM SPARKS
UNITED STATES MAGISTRATE JUDGE